### GRANT v. SHAW & RUSSEL.

Action of trover for twelve tons of hay. The defendants plead severally not guilty. Issue to the jury.

The case was — Shaw recovered a judgment and execution against the plaintiff for £3 14s. debt and sixteen shillings cost, and delivered the execution to said Russel, who was an officer, and who returned said execution with his indorsement upon it, that he had sold five tons of hay by a sample for £1 18s. as the law directs — in which no mention was made of any demand, levy, nor of advertising or posting of said hay.

Verdict for the plaintiff and £4 damages.

The officer offered to prove by parol testimony, that he had made demand on the execution, and had posted the hay; but not allowed, because he is to be justified by his return in an action brought against him, unless it is falsified; but in an

action brought against the purchaser under him the case would be otherwise, for he has no power over the officer's return, and may prove by other evidence that the estate was legally sold.